# United States Court of Appeals
## For the First Circuit

No. 19-1696

MATTHEW J. WHITE,

Plaintiff, Appellant,

v.

HEWLETT PACKARD ENTERPRISE COMPANY,

Defendant, Appellee,

and

HEWLETT-PACKARD COMPANY; HP INC.,

Defendants.

**ERRATA SHEET**

The opinion of this Court, issued on January 13, 2021, is amended as follows:

On page 9, line 28 and page 10, line 5, please delete the opening and closing quotation marks.

On page 9, line 28 please replace "[t]his" with "This".

On page 15, line 25, please delete "!".

On Page 18, line 9, please delete "!!".